# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2154

_____

SUPER EGO HOLDING, LLC, EGO
EXPRESS, INC., JORDAN
HOLDINGS, INC., and FLOYD,
INC.,

    Petitioners,

    v.

JAMIE WILLIAMS, as parent and
natural guardian of G.W.,
FREDERICK G. CAMPBELL, JR.,
and DENMARK CARGO
SOLUTIONS,

    Respondents.

_____

Petition for Writ of Certiorari—Original Proceedings.


November 7, 2025


PER CURIAM.

    DISMISSED.

BILBREY, KELSEY, and LONG, JJ., concur.

---

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

---

Anthony S. Wong of Dickinson Wright PLLC, Fort Lauderdale, for
Super Ego Holding, LLC and Ego Express, Inc.; Tyler J. Isaacson
of Cole, Scott & Kissane, P.A., Jacksonville, for Floyd, Inc.; Brian
A. Oltchick and Rachel H. Leach of Garrison, Yount, Forte &
Mulcahy, LLC., Tampa, for Jordan Holdings, Inc., Petitioners.

No appearance for Respondents.